O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HENRY ALVARADO,                          )        CASE NO. CV 08-04753 ABC (RZ)
                                         )
                    Petitioner,          )
                                         )        JUDGMENT
            vs.                          )
                                         )
LYDIA C. HENSE, WARDEN,                  )
                                         )
                    Respondent.          )
_____  )

          This matter came before the Court on the Petition of HENRY ALVARADO,

for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and

having accepted the findings and recommendation of the United States Magistrate Judge,

          IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

is dismissed with prejudice.


DATED: 11/10/09


_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE